**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**DANIELLE RUTIGLIANO,**

                  **Petitioner,**          **9:19-cv-745 (GLS/ML)**

          v.

**A. LaMANNA,**

                  **Respondent.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PETITIONER:**<br>Danielle Rutigliano<br>*Pro Se*<br>16-G-0414<br>Bedford Hills Correctional Facility<br>247 Harris Road<br>Bedford Hills, NY 10507 | |
| **FOR THE RESPONDENT:**<br>HON. LETITIA JAMES<br>New York Attorney General<br>28 Liberty Street<br>New York, NY 10005 | MICHELLE ELAINE MAEROV<br>Assistant Attorney General |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On August 29, 2022, the court ordered petitioner to notify the court of her current address and/or verify that her mailing address is as listed in the caption of this Order, and file any objections to Magistrate Judge Mirsolav

Lovric's Report-Recommendation (R&R) by September 12, 2022 . (Dkt. No. 23.) The court warned petitioner that her failure to comply with the August 29, 2022 Decision and Order would result in dismissal, and a copy of the Order was sent to petitioner's last known address. (*Id.*) Petitioner has failed to so notify the court of her current address and did not object to R&R.

Having review the R&R for clear error and finding none, *see Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-*6 (N.D.N.Y. Jan. 18, 2006), it is adopted in its entirety. Moreover, dismissal is warranted, consistent with the August 29, 2022 Decision and Order, for petitioner's failure to notify the court of her change of address, prosecute, and comply with that Decision and Order.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 21) is **ADOPTED** in its entirety ; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no certificate of appealability shall issue because petitioner has failed to make a "substantial showing of the denial of a

2

constitutional right" as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk serve this Order on petitioner at her last known address and on all other parties in accordance with the Local Rules of Practice.

September 19, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge